**45th District Court**

**Case Summary**

**Case No. 2022CI13502**

**EXHIBIT B**
5:22-cv-837

| | | | |
|---|---|---|---|
| **Brittany Edwards VS Merit Logistics LLC** | § | Location: | **45th District Court** |
| | § | Judicial Officer: | **45th, District Court** |
| | § | Filed on: | **07/19/2022** |

---

## Case Information

|  |  |
|---|---|
| Case Type: | OTHER INJURY OR DAMAGE |
| Case Status: | **07/19/2022  Pending** |

---

## Assignment Information

**Current Case Assignment**
Case Number      2022CI13502
Court                    45th District Court
Date Assigned    07/19/2022
Judicial Officer   45th, District Court

---

## Events and Orders of the Court

| | |
|---|---|
| 07/19/2022 | New Cases Filed (OCA) |
| 07/19/2022 | PETITION<br>*and Jury Demand* |
| 07/19/2022 | REQUEST FOR SERVICE AND PROCESS |
| 07/20/2022 | **Citation** |
| 07/26/2022 | RETURN OF SERVICE - SUCCESSFUL |
| 08/01/2022 | ORIGINAL ANSWER OF<br>*Merit Logistics, LLC* |
| 08/01/2022 | REQUEST FOR<br>*JURY DEMAND* |

FILED
7/19/2022 4 03 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Jason Pastrano
Bexar County - 45th District Court

cit pps / sac 4

## 2022CI13502

### CAUSE NO. _____

| | | |
|---|---|---|
| **BRITTANY EDWARDS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **____ JUDICIAL DISTRICT** |
| | § | |
| **MERIT LOGISTICS, LLC** | § | **BEXAR COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BRITTANY EDWARDS, hereinafter referred to by name or as Plaintiff, and complains of MERIT LOGISTICS, LLC, hereinafter referred to by name or as Defendant, and for cause of action respectfully shows the court as follows:

### I.
### DISCOVERY LEVEL

Plaintiff intends that discovery be conducted under LEVEL 3 of RULE 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II.
### PARTIES/SERVICE

Plaintiff, BRITTANY EDWARDS, is an individual residing in Bexar County, Texas.

Defendant, MERIT LOGISTICS, LLC, is a corporation authorized to do business in the State of Texas and maybe served through Incorp Services Inc. 815 Brazos Ste. 500 Austin, Texas 78701 or where ever they may be found.

### III.
### JURISDICTION AND VENUE

Venue is proper in Bexar County, Texas pursuant to §15.002(a)(1) of the TEXAS CIVIL PRACTICE & REMEDIES CODE because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

Pursuant to Rule 47 of the TEXAS RULE OF CIVIL PROCEDURE, this is a cause of action that exceeds $1,000,000.00 in damages and is within the court's jurisdictional limits.

## IV.
## MISNOMER

In the event any parties are misnamed or not included herein, it is Plaintiff BRITTANY EDWARDS's contention that such was a "misnomer" and/or such parties are/were "alter egos" of Parties name herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such Parties properly included in the interest of justice. In the event that the true Parties are misidentified, Plaintiff hereby asserts reliance upon the doctrine of misidentification.

## V.
## FACTS

On or about June 14, 2022, the Plaintiff BRITTANY EDWARDS was working at her desk at the Dollar General Distribution Center, 6601 Cal Turner in San Antonio, Bexar County, Texas. While focused on her work a forklift operated by Defendant's employee's June, last name unknow, struck Plaintiff and her desk. The forklift operator June, last name unknown, was an employee of MERIT LOGISTICS, LLC and was in the course and scope of her employment.

As a result of the negligence and inattention of the forklift operator, as an agent/employee of Defendant MERIT LOGISTICS, LLC, in the course and scope of her employment, Plaintiff sustained severe injuries and damages to her body as more fully set forth below.

The occurrence made the basis of this suit, as stated above, and Plaintiff's resulting injuries and damages were proximately caused by negligent conduct of the Defendants.

# VI.
## CAUSE OF ACTION

*A.  Negligence*

The occurrence made the basis of this suit, reflected in Section V, and the resulting injuries and the damages of Plaintiff, BRITTANY EDWARDS, were proximately caused by the negligent conduct of the employee, June, last name unknown, who operated a forklift and loaded the Plaintiff's flatbed in a negligent manner by violating the duty which she owed the Plaintiff to exercise ordinary care in the operation of his forklift in one or more of the following respects:

    a.  in failing to keep a proper lookout or such lookout which a person of ordinary prudence would have maintained under same or similar circumstances;

    b.  in failing to place and utilize a spotter;

    c.  in failing to keep a proper clearance while operating the forklift; and

    d.  in failing to control the forklift and maintaining control of the forklift.

Each of these acts/or omissions, whether taken singularly or in any combination, constitute negligence which proximately caused the collision and injuries and other losses as specifically set forth herein, all of which Plaintiff, BRITTANY EDWARDS, suffered and which Plaintiff will continue to suffer in the future, if not for the remainder of her natural life.

# VII.
## CAUSE OF ACTION – MERIT LOGISTICS, LLC

*A.  RESPONDEAT SUPERIOR*

Defendant, MERIT LOGISTICS, LLC, was negligent under the theory of *respondeat superior* in that Defendant's employee June, last name unknown, was acting within the course and scope of her employment with MERIT LOGISTICS, LLC, at the time the incident occurred.

Each and all of the foregoing acts and/or omissions of the agents, servants, and/or employees for Defendant MERIT LOGISTICS, LLC, were negligent and constituted negligence

and were each and all the proximate cause of the incident which forms the basis of this suit, and were a proximate cause of Plaintiff's injuries and damages.

B. *NEGLIGENT HIRING/RETENTION/TRAINING/SUPERVISION*

Defendant, MERIT LOGISTICS, LLC, is also negligent in one or more of the following respects:

a. negligent hiring;

b. negligent forklift operator qualifications;

c. negligent supervision and monitoring of Defendant's employee June, last name unknown;

d. negligent retention;

e. negligent contacting;

f. negligent maintenance;

g. Defendant failed to have an adequate safety program in place to ensure that an effective ongoing monitoring and training of its forklift operator occurred;

## VIII.
## DAMAGES

The occurrence made the basis of this suit, referred to in this Petition, and Plaintiff BRITTANY EDWARDS's resulting injuries and/or damages, were proximately caused, aggravated or accelerated by the negligent conduct of the Defendant.

As a direct and proximate result of the collision and the negligent conduct of Defendant MERIT LOGISTICS, LLC, Plaintiff BRITTANY EDWARDS suffered severe bodily injuries to her neck, back, broken arm, legs, shoulders, head, traumatic brain injury, and other parts of her body generally. Plaintiff's entire body was bruised, battered and contused. The injuries are permanent in nature. The injuries have had a serious effect on the Plaintiff's health and well-being.

Some of the effects are permanent and will abide with the Plaintiff for a long time into the future, if not for her entire life. These specific injuries and their ill effects have, in turn, caused the Plaintiff's physical and mental condition to deteriorate generally and the specific injuries and ill effects alleged have cause and will, in all reasonable probability, cause the Plaintiff to suffer consequences and ill effects of the deterioration throughout her body for a long time in the future, if not for the balance of her natural life. As a further result of the nature and consequences of her injuries, Plaintiff suffered great physical and mental pain, suffering and anguish and in all reasonable probability will continue to suffer in this manner for a long time into the future, if not for the balance of her natural life.

As a further result of all of the above, Plaintiff has incurred expenses for her medical care and attention. These expenses were incurred for the necessary care and treatment of the injuries resulting from the incident complained of. The charges are reasonable and were the usual and customary charges made for such services in the county where they were incurred.

As a further result of the injuries sustained by the Plaintiff, there is a reasonable probability that she will require further medical care and attention and will incur future reasonable and necessary expenses for his medical care and attention.

Plaintiff BRITTANY EDWARDS has also suffered losses of past wages and future earning capacity.

Plaintiff BRITTANY EDWARDS has also suffered a loss of physical impairment in the past and future.

By reason of all of the above, Plaintiff BRITTANY EDWARDS has suffered losses and damages in a sum within the jurisdictional limits of the court for which she now sues.

Pursuant to RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff BRITTANY EDWARDS seeks monetary relief OVER ONE MILLION AND 00/100 DOLLARS ($1,000,000.00) and a demand for judgment for all the other relief to which Plaintiff deems herself justly entitled at the time of filing the suit, which, with the passage of time, may change.

## IX.
## INTEREST

Plaintiff BRITTANY EDWARDS further requests both pre-judgment and post-judgment interest on all damages as allowed by law.

## X.
## JURY DEMAND

In accordance with RULE 216 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff BRITTANY EDWARDS hereby makes application for a jury trial and requests that this cause be set on the court's jury docket. Plaintiff has made payment of the required jury fee.

## XI.
## REQUEST FOR DISCLOSURE

Pursuant to RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are requested to disclose the information and material described in each section of RULE 194.

## XII.
## NOTICE OF SELF-AUTHENTICATION

Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are hereby noticed that the production of any document in response to written discovery authenticates the document for use against that Party in any pretrial proceeding or at trial.

## XIII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, BRITTANY EDWARDS, requests that the Defendant MERIT LOGISTICS, LLC, be cited to appear and answer, and on final trial

thereafter, that Plaintiff have judgment against Defendant, jointly and severally, in an amount within the jurisdictional limits of the court, together with all pre-judgment and post-judgment interest as allowed by law, costs of court, and for such other and further relief to which Plaintiff may be justly entitled, at law and in equity, including, but not limited to:

1. Pain and suffering in the past;
2. Pain and suffering in the future;
3. Mental anguish in the past;
4. Mental anguish in the future;
5. Past medical expenses;
6. Future medical expenses;
7. Physical impairment in the past;
8. Physical impairment in the future;
9. Physical disfigurement in the past;
10. Physical disfigurement in the future;
11. Lost wages in the past;
12. Loss of future wage earning capacity;
13. Loss of use;
14. Pre-judgment interest;
15. Post-judgment interest;
16. Property damage; and
17. Exemplary damages.

Respectfully submitted,

**CARABIN & SHAW, P.C.**
630 Broadway
San Antonio, TX 78215
Telephone: (210) 222-2288
Facsimile: (210) 892-6281

By:   /s/ Bernardo Gonzalez
**BERNARDO GONZALEZ**
State Bar No. 08124100
bernardogonzalez@carabinshaw.com
ATTORNEY FOR PLAINTIFF

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bernardo Gonzalez on behalf of Bernardo S. Gonzalez

Bar No. 8124100

bernardogonzalez@carabinshaw.com

Envelope ID: 66471029

Status as of 7/19/2022 4:12 PM CST

Associated Case Party: Brittany Edwards

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bernardo Gonzalez | | bernardogonzalez@carabinshaw.com | 7/19/2022 4:03:42 PM | SENT |
| Emily Oyervides | | eoyervides@carabinshaw.com | 7/19/2022 4:03:42 PM | SENT |

2022CI13502

FILED
7/19/2022 4:03 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Jason Pastrano
Bexar County - 45th District Court



Cause Number: _____

District Court : _____

# MARY ANGIE GARCIA
## Bexar County District Clerk

### Request for Process

*cit pps / sac 4*

Style: Brittany Edwards _____ **Vs.** Merit Logistics, LLC _____

**Request the following process:** (Please check all that Apply)

☑ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept with*out* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
**Name:** Merits Logistics, LLC _____
**Registered Agent/By Serving:** Incorp Services Inc. _____
**Address** 815 Brazos Ste. 500 Austin, Texas _____
**Service Type:** (Check One) ☑ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable* __

**2.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable* __

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *CourthouseDoor*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable* ___

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable* __

**Title of Document/Pleading to be Attached to Process:** Plaintiff's Original Petition, Jury Demand, and Request for Dislcosures _____

**Name of Attorney/Pro se:** Bernardo Gonzalez _____ **Bar Number:** 08124100 _____
**Address:** 630 Broadway _____ **Phone Number:** (210) 222-2288 _____
San Antonio, Texas 78215 _____

**Attorney for Plaintiff** XXX _____ **Defendant** _____ **Other** _____

**\*\*\*\*IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED\*\*\*\***

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bernardo Gonzalez on behalf of Bernardo S. Gonzalez
Bar No. 8124100
bernardogonzalez@carabinshaw.com
Envelope ID: 66471029
Status as of 7/19/2022 4:12 PM CST
Associated Case Party: Brittany Edwards

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bernardo Gonzalez | | bernardogonzalez@carabinshaw.com | 7/19/2022 4:03:42 PM | SENT |
| Emily Oyervides | | eoyervides@carabinshaw.com | 7/19/2022 4:03:42 PM | SENT |

Copy from re:SearchTX

*Deliver'd*
*7/21/'22*

PRIVATE PROCESS

**Case Number: 2022CI13502**

Brittany Edwards VS Merit Logistics LLC
(Note: Attached Document May Contain Additional
Litigants)

IN THE 45TH DISTRICT COURT
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To:     **Merit Logistics LLC**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Plaintiff's Original Petition And Jury Demand** was filed on this the 19th day of July, **2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the **20th day of July, 2022.**

**BERNARDO GONZALEZ**
**ATTORNEY FOR PLAINTIFF**
630 Broadway
San Antonio TX 78215-1822



**Mary Angie Garcia**
**Bexar County District Clerk**
101 W. Nueva, Suite 217

**San Antonio, Texas 78205**
By: /s/ Mario Hernandez
   **Mario Hernandez, Deputy**

---

| BRITTANY EDWARDS VS MERIT LOGISTICS LLC | Case Number: 2022CI13502 |
|---|---|
| | 45th District Court |

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

FILED  ·
7/19/2022 4 03 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Jason Pastrano
Bexar County - 45th District Court

cit pps / sac 4

## 2022CI13502

### CAUSE NO. _____

| | | |
|---|---|---|
| **BRITTANY EDWARDS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **____ JUDICIAL DISTRICT** |
| | § | |
| **MERIT LOGISTICS, LLC** | § | **BEXAR COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** BRITTANY EDWARDS, hereinafter referred to by name or as Plaintiff,

and complains of MERIT LOGISTICS, LLC, hereinafter referred to by name or as Defendant, and

for cause of action respectfully shows the court as follows:

### I.
### DISCOVERY LEVEL

Plaintiff intends that discovery be conducted under LEVEL 3 of RULE 190 of the TEXAS

RULES OF CIVIL PROCEDURE.

### II.
### PARTIES/SERVICE

Plaintiff, BRITTANY EDWARDS, is an individual residing in Bexar County, Texas.

Defendant, MERIT LOGISTICS, LLC, is a corporation authorized to do business in the

State of Texas and maybe served through Incorp Services Inc. 815 Brazos Ste. 500 Austin, Texas

78701 or where ever they may be found.

### III.
### JURISDICTION AND VENUE

Venue is proper in Bexar County, Texas pursuant to §15.002(a)(1) of the TEXAS CIVIL

PRACTICE & REMEDIES CODE because all or a substantial part of the events or omissions giving

rise to this lawsuit occurred in this county.

Pursuant to Rule 47 of the TEXAS RULE OF CIVIL PROCEDURE, this is a cause of action that exceeds $1,000,000.00 in damages and is within the court's jurisdictional limits.

## IV.
## MISNOMER

In the event any parties are misnamed or not included herein, it is Plaintiff BRITTANY EDWARDS's contention that such was a "misnomer" and/or such parties are/were "alter egos" of Parties name herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such Parties properly included in the interest of justice. In the event that the true Parties are misidentified, Plaintiff hereby asserts reliance upon the doctrine of misidentification.

## V.
## FACTS

On or about June 14, 2022, the Plaintiff BRITTANY EDWARDS was working at her desk at the Dollar General Distribution Center, 6601 Cal Turner in San Antonio, Bexar County, Texas. While focused on her work a forklift operated by Defendant's employee's June, last name unknow, struck Plaintiff and her desk. The forklift operator June, last name unknown, was an employee of MERIT LOGISTICS, LLC and was in the course and scope of her employment.

As a result of the negligence and inattention of the forklift operator, as an agent/employee of Defendant MERIT LOGISTICS, LLC, in the course and scope of her employment, Plaintiff sustained severe injuries and damages to her body as more fully set forth below.

The occurrence made the basis of this suit, as stated above, and Plaintiff's resulting injuries and damages were proximately caused by negligent conduct of the Defendants.

# VI.
## CAUSE OF ACTION

*A. Negligence*

The occurrence made the basis of this suit, reflected in Section V, and the resulting injuries and the damages of Plaintiff, BRITTANY EDWARDS, were proximately caused by the negligent conduct of the employee, June, last name unknown, who operated a forklift and loaded the Plaintiff's flatbed in a negligent manner by violating the duty which she owed the Plaintiff to exercise ordinary care in the operation of his forklift in one or more of the following respects:

   a.  in failing to keep a proper lookout or such lookout which a person of ordinary prudence would have maintained under same or similar circumstances;

   b.  in failing to place and utilize a spotter;

   c.  in failing to keep a proper clearance while operating the forklift; and

   d.  in failing to control the forklift and maintaining control of the forklift.

Each of these acts/or omissions, whether taken singularly or in any combination, constitute negligence which proximately caused the collision and injuries and other losses as specifically set forth herein, all of which Plaintiff, BRITTANY EDWARDS, suffered and which Plaintiff will continue to suffer in the future, if not for the remainder of her natural life.

# VII.
## CAUSE OF ACTION – MERIT LOGISTICS, LLC

*A. RESPONDEAT SUPERIOR*

Defendant, MERIT LOGISTICS, LLC, was negligent under the theory of *respondeat superior* in that Defendant's employee June, last name unknown, was acting within the course and scope of her employment with MERIT LOGISTICS, LLC, at the time the incident occurred.

Each and all of the foregoing acts and/or omissions of the agents, servants, and/or employees for Defendant MERIT LOGISTICS, LLC, were negligent and constituted negligence

and were each and all the proximate cause of the incident which forms the basis of this suit, and were a proximate cause of Plaintiff's injuries and damages.

B.  *NEGLIGENT HIRING/RETENTION/TRAINING/SUPERVISION*

Defendant, MERIT LOGISTICS, LLC, is also negligent in one or more of the following respects:

- a.  negligent hiring;
- b.  negligent forklift operator qualifications;
- c.  negligent supervision and monitoring of Defendant's employee June, last name unknown;
- d.  negligent retention;
- e.  negligent contacting;
- f.  negligent maintenance;
- g.  Defendant failed to have an adequate safety program in place to ensure that an effective ongoing monitoring and training of its forklift operator occurred;

## VIII.
## DAMAGES

The occurrence made the basis of this suit, referred to in this Petition, and Plaintiff BRITTANY EDWARDS's resulting injuries and/or damages, were proximately caused, aggravated or accelerated by the negligent conduct of the Defendant.

As a direct and proximate result of the collision and the negligent conduct of Defendant MERIT LOGISTICS, LLC, Plaintiff BRITTANY EDWARDS suffered severe bodily injuries to her neck, back, broken arm, legs, shoulders, head, traumatic brain injury, and other parts of her body generally. Plaintiff's entire body was bruised, battered and contused. The injuries are permanent in nature. The injuries have had a serious effect on the Plaintiff's health and well-being.

Some of the effects are permanent and will abide with the Plaintiff for a long time into the future, if not for her entire life. These specific injuries and their ill effects have, in turn, caused the Plaintiff's physical and mental condition to deteriorate generally and the specific injuries and ill effects alleged have cause and will, in all reasonable probability, cause the Plaintiff to suffer consequences and ill effects of the deterioration throughout her body for a long time in the future, if not for the balance of her natural life. As a further result of the nature and consequences of her injuries, Plaintiff suffered great physical and mental pain, suffering and anguish and in all reasonable probability will continue to suffer in this manner for a long time into the future, if not for the balance of her natural life.

As a further result of all of the above, Plaintiff has incurred expenses for her medical care and attention. These expenses were incurred for the necessary care and treatment of the injuries resulting from the incident complained of. The charges are reasonable and were the usual and customary charges made for such services in the county where they were incurred.

As a further result of the injuries sustained by the Plaintiff, there is a reasonable probability that she will require further medical care and attention and will incur future reasonable and necessary expenses for his medical care and attention.

Plaintiff BRITTANY EDWARDS has also suffered losses of past wages and future earning capacity.

Plaintiff BRITTANY EDWARDS has also suffered a loss of physical impairment in the past and future.

By reason of all of the above, Plaintiff BRITTANY EDWARDS has suffered losses and damages in a sum within the jurisdictional limits of the court for which she now sues.

Pursuant to RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff BRITTANY EDWARDS seeks monetary relief OVER ONE MILLION AND 00/100 DOLLARS ($1,000,000.00) and a demand for judgment for all the other relief to which Plaintiff deems herself justly entitled at the time of filing the suit, which, with the passage of time, may change.

## IX.
## INTEREST

Plaintiff BRITTANY EDWARDS further requests both pre-judgment and post-judgment interest on all damages as allowed by law.

## X.
## JURY DEMAND

In accordance with RULE 216 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff BRITTANY EDWARDS hereby makes application for a jury trial and requests that this cause be set on the court's jury docket. Plaintiff has made payment of the required jury fee.

## XI.
## REQUEST FOR DISCLOSURE

Pursuant to RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are requested to disclose the information and material described in each section of RULE 194.

## XII.
## NOTICE OF SELF-AUTHENTICATION

Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are hereby noticed that the production of any document in response to written discovery authenticates the document for use against that Party in any pretrial proceeding or at trial.

## XIII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, BRITTANY EDWARDS, requests that the Defendant MERIT LOGISTICS, LLC, be cited to appear and answer, and on final trial

thereafter, that Plaintiff have judgment against Defendant, jointly and severally, in an amount within the jurisdictional limits of the court, together with all pre-judgment and post-judgment interest as allowed by law, costs of court, and for such other and further relief to which Plaintiff may be justly entitled, at law and in equity, including, but not limited to:

1. Pain and suffering in the past;
2. Pain and suffering in the future;
3. Mental anguish in the past;
4. Mental anguish in the future;
5. Past medical expenses;
6. Future medical expenses;
7. Physical impairment in the past;
8. Physical impairment in the future;
9. Physical disfigurement in the past;
10. Physical disfigurement in the future;
11. Lost wages in the past;
12. Loss of future wage earning capacity;
13. Loss of use;
14. Pre-judgment interest;
15. Post-judgment interest;
16. Property damage; and
17. Exemplary damages.

Respectfully submitted,

**CARABIN & SHAW, P.C.**
630 Broadway
San Antonio, TX 78215
Telephone: (210) 222-2288
Facsimile: (210) 892-6281


By: /s/ Bernardo Gonzalez
**BERNARDO GONZALEZ**
State Bar No. 08124100
bernardogonzalez@carabinshaw.com
ATTORNEY FOR PLAINTIFF

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bernardo Gonzalez on behalf of Bernardo S. Gonzalez
Bar No. 8124100
bernardogonzalez@carabinshaw.com
Envelope ID: 66471029
Status as of 7/19/2022 4:12 PM CST

Associated Case Party: Brittany Edwards

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bernardo Gonzalez | | bernardogonzalez@carabinshaw.com | 7/19/2022 4:03:42 PM | SENT |
| Emily Oyervides | | eoyervides@carabinshaw.com | 7/19/2022 4:03:42 PM | SENT |

FILED
8/1/2022 11:56 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Madison Gamache
Bexar County - 45th District Court

080122   JAG:pcc: 7390-006 ANS/JD

CAUSE NO. 2022CI13502

| | | |
|---|---|---|
| BRITTANY EDWARDS | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 45TH JUDICIAL DISTRICT |
| | § | |
| MERIT LOGISTICS, LLC | § | |
| | § | |
| Defendant. | § | BEXAR COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **MERIT LOGISTICS, LLC,** Defendant in the above-entitled and numbered cause, and files this ORIGINAL ANSWER replying to PLAINTIFF'S ORIGINAL PETITION and for same says:

## GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial and demands that Plaintiff prove her allegations by a preponderance of the evidence.

## NOTICE OF CONSENT TO ELECTRONIC SERVICE

Defendant consents to electronic service of pleadings, motions, orders, notices, and discovery in this cause **_only_** when service is completed through eFileTexas.gov, the state-authorized electronic filing manager.

## PRAYER

WHEREFORE, Defendant prays that Plaintiff recover nothing from it by way of this suit; that Defendant recover costs of court, and for such other and further relief, both at law and in equity, to which this Defendant may be justly entitled.

080122   JAG:pcc: 7390-006 ANS/JD

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: _____

    JOHN A. GUERRA
    State Bar No. 08576180
    Email: jguerra@brock.law
    CELIA E. GUERRA
    State Bar No. 24069756
    Email: cguerra@brock.law

**ATTORNEYS FOR DEFENDANT**
**MERIT LOGISTICS, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this 1st day of August 2022, to:

Bernardo Gonzalez           Email:  bernardogonzalez@carabinshaw.com
Carabin & Shaw, P.C.
630 Broadway
San Antonio, TX 78215

_____
JOHN A. GUERRA
CELIA E. GUERRA

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Forner on behalf of Celia Garcia
Bar No. 24069756
jforner@brock.law
Envelope ID: 66838438
Status as of 8/1/2022 2:43 PM CST

Associated Case Party: Brittany Edwards

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Emily Oyervides | | eoyervides@carabinshaw.com | 8/1/2022 11:56:41 AM | SENT |
| Bernardo Gonzalez | | bernardogonzalez@carabinshaw.com | 8/1/2022 11:56:41 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Forner on behalf of Celia Garcia
Bar No. 24069756
jforner@brock.law
Envelope ID: 66838438
Status as of 8/1/2022 2:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Celia E.Garcia | | cgarcia@brock.law | 8/1/2022 11:56:41 AM | SENT |
| John A.Guerra | | jguerra@brock.law | 8/1/2022 11:56:41 AM | SENT |

FILED
8/1/2022 11:56 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Madison Gamache
Bexar County - 45th District Court

CAUSE NO. 2022CI13502

| | | |
|---|---|---|
| BRITTANY EDWARDS | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 45TH JUDICIAL DISTRICT |
| | § | |
| MERIT LOGISTICS, LLC | § | |
| | § | |
| Defendant. | § | BEXAR COUNTY, TEXAS |

## **DEMAND FOR JURY**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **MERIT LOGISTICS, LLC,** Defendant in the above-entitled and numbered cause, and makes this DEMAND FOR JURY TRIAL.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: _____

JOHN A. GUERRA
State Bar No. 08576180
Email:  jguerra@brock.law
CELIA E. GUERRA
State Bar No. 24069756
Email: cguerra@brock.law

**ATTORNEYS FOR DEFENDANT**
**MERIT LOGISTICS, LLC**

080122   JAG:pcc: 7390-006 ANS/JD

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this 1st day of August 2022, to:

Bernardo Gonzalez                    Email:   bernardogonzalez@carabinshaw.com
Carabin & Shaw, P.C.
630 Broadway
San Antonio, TX 78215

JOHN A. GUERRA
CELIA E. GUERRA

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Forner on behalf of Celia Garcia
Bar No. 24069756
jforner@brock.law
Envelope ID: 66838438
Status as of 8/1/2022 2:43 PM CST
Associated Case Party: Brittany Edwards

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Emily Oyervides | | eoyervides@carabinshaw.com | 8/1/2022 11:56:41 AM | SENT |
| Bernardo Gonzalez | | bernardogonzalez@carabinshaw.com | 8/1/2022 11:56:41 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Forner on behalf of Celia Garcia
Bar No. 24069756
jforner@brock.law
Envelope ID: 66838438
Status as of 8/1/2022 2:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Celia E.Garcia | | cgarcia@brock.law | 8/1/2022 11:56:41 AM | SENT |
| John A.Guerra | | jguerra@brock.law | 8/1/2022 11:56:41 AM | SENT |